United States District Court
Southern District of Texas
**ENTERED**
March 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DARWIN QUAVE, § § § Plaintiff, § VS. § CIVIL ACTION NO. 3:20-CV-306 § T&L LEASE SERVICE LTD, § § Defendant. § | |

## DISMISSAL ORDER

On March 11, 2021, Darwin Quave filed a stipulation of dismissal of all claims against the defendant T & L Lease Service LTD, with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 15. The court acknowledges this stipulation. Accordingly, it is hereby ordered that all claims asserted against T & L Lease Service LTD in the above-captioned lawsuit are hereby dismissed with prejudice to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

Any pending motions are hereby denied as moot.

Signed on Galveston Island on this the 12th day of March, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE